**Opinion issued November 27, 2018**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-18-00266-CV

_____

**VERONICA PARGA, Appellant**

**V.**

**SUGARBERRY PLACE, Appellee**

---

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Cause No. 1107336**

---

### MEMORANDUM OPINION

Appellant, Veronica Parga, proceeding pro se, has failed to timely file her appellate brief. *See* TEX. R. APP. P. 38.6(a)(1), (d), 38.8(a)(1). On October 26, 2018, the Clerk of this Court notified appellant that her deadline to file her appellant's brief had expired and that her appeal was subject to dismissal if she failed to timely file

her appellant's brief or an extension within 10 days of the date of that notice. *See* TEX. R. APP. P. 38.6(d), 38.8(a)(1), 42.3(b). Appellant failed to timely file a brief or request an extension. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(c).

Accordingly, we dismiss the appeal for want of prosecution for failure to timely file an appellant's brief. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

**PER CURIAM**

Panel consists of Justices Keyes, Massengale, and Brown.